TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT KAHRE, | CV-S-02-197-KJD-LRL |
| Plaintiff, | |
| v. | **Motion to Withdraw as Attorney** |
| SWISS CASINOS OF AMERICA, et al, | |
| Defendants. | |

The United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the attorney of record for the United States of America in this case, and he should be terminated from further notification of this Court's CM/ECF system.

Dated: January 23, 2026.

Respectfully submitted,

TODD BLANCHE

/s/ *Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___1/26/2026___